# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BORO NEDINIC | § | Case No. 12-00630 |
| NEVENKA NEDINIC | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/10/2012 . The undersigned trustee was appointed on 01/10/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 17,500.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 25.02 |
| Bank service fees | 562.07 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 16,912.91 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  10/29/2013  and the deadline for filing governmental claims was  10/29/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,500.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,500.00 , for a total compensation of $ 2,500.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  02/25/2016                              By: /s/Frances Gecker
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| | |
|---|---|
| Case No: 12-00630   DLT | |
| Case Name: BORO NEDINIC | |
| NEVENKA NEDINIC | |
| For Period Ending: 02/25/2016 | |

Judge: Deborah L. Thorne

Trustee Name: Frances Gecker
Date Filed (f) or Converted (c): 01/10/2012 (f)
341(a) Meeting Date: 02/24/2012
Claims Bar Date: 10/29/2013

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | SINGLE FAMILY HOME LOCATION: 7041 CHURCH, MORTON G | 546,800.00 | 0.00 | | 0.00 | FA |
| 2. | SINGLE FAMILY HOME LOCATION: 8909 ORIOLE AVENUE, M | 321,000.00 | 0.00 | | 0.00 | FA |
| 3. | SINGLE FAMILY CONDOMINIUM LOCATION: 2217 WEST FARW | 137,400.00 | 0.00 | | 0.00 | FA |
| 4. | MULTI-FAMILY CONDOMINIUM UNIT LOCATION: 10354 MICH | 400,000.00 | 0.00 | | 0.00 | FA |
| 5. | OFFICE BUILDING LOCATION: 3638 WEST OAKTON, SKOKIE | 200,000.00 | 0.00 | | 0.00 | FA |
| 6. | SINGLE FAMILY HOME LOCATION: 17662 WEST GAGES LAKE | 237,400.00 | 0.00 | | 0.00 | FA |
| 7. | VACANT LAND LOCATION: 17684 WEST GAGES LAKE ROAD, | 165,000.00 | 0.00 | | 0.00 | FA |
| 8. | JOINT DEBTOR'S CHECKING ACCOUNT HARRIS BANK | 100.00 | 0.00 | | 0.00 | FA |
| 9. | DEBTORS' TELEVISION, COUCH, TABLES, BED, ETC. LOCA | 4,000.00 | 0.00 | | 0.00 | FA |
| 10. | DEBTOR'S CLOTHING | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. | JOINT DEBTOR'S PENSION PLAN THROUGH EMPLOYMENT | 1,849.34 | 0.00 | | 0.00 | FA |
| 12. | REFER TO THE STATEMENT OF FINANCIAL AFFAIRS, QUEST | 0.00 | 0.00 | | 0.00 | FA |
| 13. | 2007 CHEVROLET EXPRESS 1500 CARGO LOCATION: 7041 C | 7,350.00 | 0.00 | | 0.00 | FA |
| 14. | 2009 ACURA TL LOCATION: 7041 CHURCH, MORTON GROVE | 18,029.00 | 0.00 | | 0.00 | FA |
| 15. | 2007 CHEVEROLET COLBALT LOCATION: 7041 CHURCH, MOR | 4,000.00 | 0.00 | | 0.00 | FA |
| 16. | FRAUDULENT TRANSFER Arkansas property - Lot 27, Lakeview Subdivision, Garland County, Arkansas known as "Tract A" | 0.00 | 0.00 | | 0.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-00630 | DLT | Judge: | Deborah L. Thorne | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|---|
| Case Name: | BORO NEDINIC | | | | | Date Filed (f) or Converted (c): | 01/10/2012 (f) |
| | NEVENKA NEDINIC | | | | | 341(a) Meeting Date: | 02/24/2012 |
| For Period Ending: | 02/25/2016 | | | | | Claims Bar Date: | 10/29/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17.  FRAUDULENT TRANSFER          (u) | 0.00 | 17,500.00 | | 17,500.00 | FA |
| Lot in Sarasota, Florida | | | | | |
| INT.  Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $2,044,428.34 | $17,500.00 | | $17,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS REVIEWING CLAIMS AND ANY TAX ISSUES AND WILL BE PREPARING A TFR.

Initial Projected Date of Final Report (TFR): 12/01/2013          Current Projected Date of Final Report (TFR): 07/01/2015

Page: 1

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 12-00630 | Trustee Name: Frances Gecker |
| Case Name: BORO NEDINIC | Bank Name: Associated Bank |
| NEVENKA NEDINIC | Account Number/CD#: XXXXXX1889 |
| | Checking |
| Taxpayer ID No: XX-XXX0280 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/25/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx7424 | Transfer of Funds | 9999-000 | $16,912.91 | | $16,912.91 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $16,912.91 | $0.00 |
| | Less: Bank Transfers/CD's | $16,912.91 | $0.00 |
| | Subtotal | $0.00 | $0.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $0.00 | $0.00 |

Case 12-00630   Doc 91   Filed 02/25/16   Entered 02/25/16 10:51:19   Desc Main
FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD
Document   Page 6 of 15

Exhibit B

Case No: 12-00630

Case Name: BORO NEDINIC

NEVENKA NEDINIC

Taxpayer ID No: XX-XXX0280

For Period Ending: 02/25/2016

Trustee Name: Frances Gecker

Bank Name: The Bank of New York Mellon

Account Number/CD#: XXXXXX7424

Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/26/13 | 17 | REGIONS BANK CASHIER CHECK | FRAUDULENT TRANSFER | 1241-000 | $17,500.00 | | $17,500.00 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $17,490.00 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $26.00 | $17,464.00 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.13 | $17,438.87 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.93 | $17,412.94 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.05 | $17,387.89 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.85 | $17,362.04 |
| 02/03/14 | 10000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA  70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $25.02 | $17,337.02 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.81 | $17,311.21 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $23.26 | $17,287.95 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.70 | $17,262.25 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $24.84 | $17,237.41 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.63 | $17,211.78 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $24.76 | $17,187.02 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.55 | $17,161.47 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.51 | $17,135.96 |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $24.66 | $17,111.30 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals:     $17,500.00     $388.70

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: 12-00630 | | Trustee Name: Frances Gecker |
| Case Name: BORO NEDINIC | | Bank Name: The Bank of New York Mellon |
| NEVENKA NEDINIC | | Account Number/CD#: XXXXXX7424 |
| | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0280 | | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/25/2016 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.44 | $17,085.86 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.58 | $17,061.28 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.36 | $17,035.92 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.33 | $17,010.59 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.84 | $16,987.75 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.25 | $16,962.50 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.41 | $16,938.09 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.18 | $16,912.91 |
| 07/08/15 | | Transfer to Acct # xxxxxx1889 | Transfer of Funds | 9999-000 | | $16,912.91 | $0.00 |

|  | COLUMN TOTALS | $17,500.00 | $17,500.00 |
|---|---|---|---|
|  | Less: Bank Transfers/CD's | $0.00 | $16,912.91 |
|  | Subtotal | $17,500.00 | $587.09 |
|  | Less: Payments to Debtors | $0.00 | $0.00 |
|  | Net | $17,500.00 | $587.09 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*        Page Subtotals:        $0.00        $17,111.30

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1889 - Checking | $0.00 | $0.00 | $16,912.91 |
| XXXXXX7424 - Checking Account (Non-Interest Earn | $17,500.00 | $587.09 | $0.00 |
| | $17,500.00 | $587.09 | $16,912.91 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $17,500.00 |
| Total Gross Receipts: | $17,500.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-00630-ERW                                                    Date: February 25, 2016

Debtor Name: BORO NEDINIC

Claims Bar Date: 10/29/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100<br>2700 | CLERK OF THE U. S.<br>BANKRUPTCY COURT<br>CLERK OF THE U.S.<br>BANKRUPTCY COURT<br>219 S. DEARBORN STREET,<br>7TH FL.<br>CHICAGO, ILLINOIS 60604 | Administrative | Deferred filing fee for adversary case no. 12-01853 | $0.00 | $293.00 | $293.00 |
| 100<br>2700 | CLERK OF THE U. S.<br>BANKRUPTCY COURT<br>CLERK OF THE U.S.<br>BANKRUPTCY COURT<br>219 S. DEARBORN STREET,<br>7TH FL.<br>CHICAGO, ILLINOIS 60604 | Administrative | Deferred filing fee for adversary case no. 13-00079 | $0.00 | $293.00 | $293.00 |
| 100<br>3110 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $0.00 | $10,062.50 | $10,062.50 |
| 100<br>3120 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $0.00 | $96.94 | $96.94 |
| 100<br>2100 | Frances Gecker<br>325 N. LaSalle Street<br>Chicago, IL 60654 | Administrative | | $0.00 | $2,500.00 | $2,500.00 |
| BOND<br>999<br>2300 | INTERNATIONAL SURETIES<br>LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | Extended Check Description Notes from conversion:<br>BOND NO. 016026455 | $0.00 | $25.02 | $25.02 |
| 1<br>180<br>5300 | JAN BIELAK<br>C/O RONALD A. STEARNEY,<br>JR.<br>211 W. WACKER DRIVE, SUITE<br>500<br>CHICAGO, IL 60606 | Priority | | $0.00 | $9,081.59 | $9,081.59 |
| 5<br>200<br>5800 | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA 19101 | Priority | | $0.00 | $137,276.62 | $137,276.62 |

Page 1                                                                 Printed: February 25, 2016

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-00630-ERW

Debtor Name: BORO NEDINIC

Claims Bar Date: 10/29/2013

Date: February 25, 2016

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2<br>300<br>7100 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Unsecured | | $0.00 | $13,445.15 | $13,445.15 |
| 3<br>300<br>7100 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Unsecured | | $0.00 | $1,210.97 | $1,210.97 |
| 4<br>300<br>7100 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Unsecured | | $0.00 | $3,719.69 | $3,719.69 |
| 5U<br>300<br>7100 | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101 | Unsecured | | $0.00 | $5,552.60 | $5,552.60 |
| 6<br>300<br>7100 | O"CONNOR TITLE SERVICES,<br>INC.<br>162 WEST HUBBARD STREET<br>CHICAGO, IL 60654 | Unsecured | | $0.00 | $1,200.00 | $1,200.00 |
| 7<br>300<br>7100 | CAPITAL ONE BANK (USA),<br>N.A.<br>BY AMERICAN INFOSOURCE<br>LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $12,270.78 | $12,270.78 |
| 8<br>300<br>7100 | CAPITAL ONE BANK (USA),<br>N.A.<br>BY AMERICAN INFOSOURCE<br>LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $2,563.79 | $2,563.79 |
| 9<br>300<br>7100 | CAPITAL ONE, N.A.<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $0.00 | $460.38 | $460.38 |
| 10<br>300<br>7100 | PLUMBERS" LOCAL 130<br>BENEFIT FUNDS<br>C/O FRANK MARCO<br>2 N LASALLE ST, STE 1650<br>CHICAGO, IL 60602 | Unsecured | | $0.00 | $785,176.56 | $785,176.56 |

Printed: February 25, 2016

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-00630-ERW

Debtor Name: BORO NEDINIC

Claims Bar Date: 10/29/2013

Date: February 25, 2016

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 11<br>300<br>7100 | ZIEBELL WATER SVC PRODUCTS, INC<br>2001 PRATT BOULEVARD<br>ELK GROVE VILLAGE, IL 60007-5907 | Unsecured | | $0.00 | $4,388.86 | $4,388.86 |
| 12<br>300<br>7100 | NICOR GAS<br>PO Box 549<br>Aurora, IL  60507 | Unsecured | | $0.00 | $667.71 | $667.71 |
| 13<br>300<br>7100 | RATKO PAVLOVIC<br>33 WEST MONROE STREET<br>SUITE 2700<br>CHICAGO, IL 60603-5404 | Unsecured | | $0.00 | $182,500.00 | $182,500.00 |
| 14<br>300<br>7100 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>SUCCESSOR TO CAPITAL ONE BANK, N.A.<br>PO BOX 41067<br>NORFOLK, VA 23541 | Unsecured | Capital One | $0.00 | $14,358.11 | $14,358.11 |
| | Case Totals | | | $0.00 | $1,187,143.27 | $1,187,143.27 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-00630
Case Name: BORO NEDINIC
            NEVENKA NEDINIC
Trustee Name: Frances Gecker

Balance on hand                                    $        16,912.91

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $       2,500.00 | $       0.00 | $       2,500.00 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $     10,062.50 | $       0.00 | $     10,062.50 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $          96.94 | $       0.00 | $          96.94 |
| Charges: CLERK OF THE U. S. BANKRUPTCY COURT | $        586.00 | $       0.00 | $        586.00 |
| Other: INTERNATIONAL SURETIES LTD. | $          25.02 | $      25.02 | $          0.00 |

Total to be paid for chapter 7 administrative expenses     $        13,245.44

Remaining Balance                                          $         3,667.47

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 146,358.21  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | JAN BIELAK | $ 9,081.59 | $ 0.00 | $ 3,667.47 |
| 5 | INTERNAL REVENUE SERVICE | $ 137,276.62 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | $ | 3,667.47 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,027,514.60  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | DISCOVER BANK | $ 13,445.15 | $ 0.00 | $ 0.00 |
| 3 | DISCOVER BANK | $ 1,210.97 | $ 0.00 | $ 0.00 |
| 4 | DISCOVER BANK | $ 3,719.69 | $ 0.00 | $ 0.00 |
| 5U | INTERNAL REVENUE SERVICE | $ 5,552.60 | $ 0.00 | $ 0.00 |
| 6 | O"CONNOR TITLE SERVICES, INC. | $ 1,200.00 | $ 0.00 | $ 0.00 |
| 7 | CAPITAL ONE BANK (USA), N.A. | $ 12,270.78 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | CAPITAL ONE BANK (USA), N.A. | $      2,563.79 | $      0.00 | $      0.00 |
| 9 | CAPITAL ONE, N.A. | $      460.38 | $      0.00 | $      0.00 |
| 10 | PLUMBERS" LOCAL 130 BENEFIT FUNDS | $    785,176.56 | $      0.00 | $      0.00 |
| 11 | ZIEBELL WATER SVC PRODUCTS, INC | $      4,388.86 | $      0.00 | $      0.00 |
| 12 | NICOR GAS | $      667.71 | $      0.00 | $      0.00 |
| 13 | RATKO PAVLOVIC | $    182,500.00 | $      0.00 | $      0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $     14,358.11 | $      0.00 | $      0.00 |

Total to be paid to timely general unsecured creditors          $_____ 0.00

Remaining Balance          $_____ 0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE