# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 12-00630 |
| | ) | |
| BORO NEDINIC and NEVENKA NEDINIC, | ) ) | Chapter 7 |
| | ) | Honorable Deborah L. Thorne |
| Debtors. | ) | |
| | ) | **Hearing Date:** April 6, 2016 |
| | ) | **Hearing Time:** 10:00 a.m. |
| | ) | **Room No.:** 613 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on **April 6, 2016**, at **10:00 a.m.**, we shall appear before the Honorable Deborah L. Thorne, or such other judge as may be sitting in her stead, in Courtroom 613 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **Trustee's Application for Compensation and Expenses.**

Dated: February 25, 2016

                                                       Respectfully submitted,

                                                       By: /s/ *Frances Gecker*
                                                           Frances Gecker, Chapter 7 Trustee

Frances Gecker (IL ARDC #6198450)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)

{NEDINIC/001/00045469.DOC/}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 12-00630 |
| | ) | |
| BORO NEDINIC and NEVENKA NEDINIC, | ) ) | Chapter 7 |
| | ) | Honorable Deborah L. Thorne |
| Debtors. | | |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   THE HONORABLE Deborah L. Thorne

NOW COMES Frances Gecker, Trustee herein, pursuant to 11 U.S.C. §330, and requests $2,500.00 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I.   COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $17,500.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $1,250.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $2,500.00 | |

{NEDINIC/001/00045469.DOC/}

## II.  TRUSTEE'S EXPENSES

None

TOTAL EXPENSES                                        $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated:   February 25, 2016                 /s/ Frances Gecker
                                           Frances Gecker, Trustee

Frances Gecker (IL ARDC #6198450)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)