UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BORO NEDINIC | § | Case No. 12-00630 |
| NEVENKA NEDINIC | § | |
| | § | |
| | § | |
| Debtors | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                        219 S. Dearborn Street
                        Chicago, IL  60604
Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/06/2016 in Courtroom 613 (Judge Deborah L. Thorne),
                      EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
                      219 S. DEARBORN STREET
                      CHICAGO, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/25/2016                  By: /s/  Frances Gecker
                                                           Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
BORO NEDINIC                        §         Case No. 12-00630
NEVENKA NEDINIC                     §
                                    §
              Debtors               §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 17,500.00 |
| and approved disbursements of | $ | 587.09 |
| leaving a balance on hand of[1] | $ | 16,912.91 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Frances Gecker | $ 2,500.00 | $ 0.00 | $ 2,500.00 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 10,062.50 | $ 0.00 | $ 10,062.50 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 96.94 | $ 0.00 | $ 96.94 |
| Charges: CLERK OF THE U. S. BANKRUPTCY COURT | $ 586.00 | $ 0.00 | $ 586.00 |
| Other: INTERNATIONAL SURETIES LTD. | $ 25.02 | $ 25.02 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 13,245.44 |
| Remaining Balance | | $ | 3,667.47 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 146,358.21  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | JAN BIELAK | $ 9,081.59 | $ 0.00 | $ 3,667.47 |
| 5 | INTERNAL REVENUE SERVICE | $ 137,276.62 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | | $ 3,667.47 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,027,514.60  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | DISCOVER BANK | $ 13,445.15 | $ 0.00 | $ 0.00 |
| 3 | DISCOVER BANK | $ 1,210.97 | $ 0.00 | $ 0.00 |
| 4 | DISCOVER BANK | $ 3,719.69 | $ 0.00 | $ 0.00 |
| 5U | INTERNAL REVENUE SERVICE | $ 5,552.60 | $ 0.00 | $ 0.00 |
| 6 | O"CONNOR TITLE SERVICES, INC. | $ 1,200.00 | $ 0.00 | $ 0.00 |
| 7 | CAPITAL ONE BANK (USA), N.A. | $ 12,270.78 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | CAPITAL ONE BANK (USA), N.A. | $ 2,563.79 | $ 0.00 | $ 0.00 |
| 9 | CAPITAL ONE, N.A. | $ 460.38 | $ 0.00 | $ 0.00 |
| 10 | PLUMBERS" LOCAL 130 BENEFIT FUNDS | $ 785,176.56 | $ 0.00 | $ 0.00 |
| 11 | ZIEBELL WATER SVC PRODUCTS, INC | $ 4,388.86 | $ 0.00 | $ 0.00 |
| 12 | NICOR GAS | $ 667.71 | $ 0.00 | $ 0.00 |
| 13 | RATKO PAVLOVIC | $ 182,500.00 | $ 0.00 | $ 0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 14,358.11 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $     0.00

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 5)*

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                       Case No. 12-00630-DLT
Boro Nedinic                                                 Chapter 7
Nevenka Nedinic
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: cmendoza1             Page 1 of 5              Date Rcvd: Feb 26, 2016
                              Form ID: pdf006             Total Noticed: 157


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2016.
db           #+Boro Nedinic,    7041 Church,    Morton Grove, IL 60053-2006
jdb          #+Nevenka Nedinic,    7041 Church,    Morton Grove, IL 60053-2006
aty           +William Cross,    Frank/Gecker LLP,    325 N. LaSalle St.,    Chicago, IL 60654-6465
aty            Zane L Zielinski,    Frank/Gecker LLP,    325 North LaSalle Street,    Suite 625,
                 Chicago, IL  60610
18345986      +1st Security Fed Svgs,    936m N Western Ave,    Chicago, IL 60622-4695
18345987      +Abn Amro Mortgage Grou,    Po Box 9438,    Gaithersburg, MD 20898-9438
18697433       Accounts Receivable Managment,    P.O. Box 129,    Thorofare, NJ 08086-0129
18345988      +Accredited Home Lender,    15253 Avenue Of Science,    San Diego, CA 92128-3437
18697434      +Allied Interstate, Inc.,    P.O. Box 361774,    Columbus, OH 43236-1774
18345989      +Amc Mortgage Services,    Po Box 11000,    Santa Ana, CA 92711-1000
18345992      +American Home Mtg Svci,    1525 S Belt Line Rd,    Coppell, TX 75019-4913
18345994      +Arnoldharris (Original Creditor:04 Illin,    600 West Jackson Suite 710,
                 Chicago, IL 60661-5682
18345995     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
18345999      +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
18697436       Bank of America,    P.O. Box 25118,    Tampa, FL 33622-5118
18346006      +Bmo Harris Bank,    Po Box 94034,    Palatine, IL 60094-4034
18697437      +Bono Consulting, Inc.,    1018 Busse Highway,    Park Ridge, IL 60068-1802
18346007     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
18697447       CTLTC,    4240 Paysphere,    Chicago, IL 60674-0001
18697438       Capital One Bank,    P.O. Box 6492,    Carol Stream, IL 60197-6492
20879932       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
20994972       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18346012      +Cath/Soanb,    1103 Allen Drive,    Milford, OH 45150-8763
18346013      +Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
18346015      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18346014      +Chase,    Po Box 24696,    Columbus, OH 43224-0696
18697439      +Chase Bank,    P.O. Box 659754,    San Antonio, TX 78265-9754
18697440      +Chase, National Payment Services,    P.O. Box 182223,    Department OH1-1272,
                 Columbus, OH 43218-2223
18697441       Chlorinating LTD, Inc.,    50 West Cofax,    Palatine, IL 60067
18346026      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
18346028      +Citi Ctb,    Po Box 22066,    Tempe, AZ 85285-2066
18697443       City Of Chicago,    P.O. Box 6330,    Chicago, IL 60680-6330
18697445       Coflin Bulls Funding B, LLC,    Attn: Insurance Department,    P.O. Box 790602,
                 San Antonio, TX 78279-0602
18346030       Consecofin,    345 St Peter/900 Landmk,    Saint Paul, MN 55102
18346032      +Contract Callers Inc (Original Creditor:,    1058 Claussen Rd Ste 110,    Augusta, GA 30907-0301
18697313       Cook County Treasurer,    P.O. Box 4488,    Carol Stream, IL 60197-4488
18697312       Cook County Treasurer,    P.O. Box 4468,    Carol Stream, IL 60197-4468
18697449      +Echelon Recovery, Inc.,    P.O. Box 1880,    Voorhees, NJ 08043-7880
18697450      +Encore Receivable Management, Inc.,    P.O. Box 3330,    Olathe, KS 66063-3330
18697451      +Ferguson Enterprises,    1401 North Cicero Avenue,    Chicago, IL 60651-1600
18346037      +Field and Goldberg, LLC,    10 South LaSalle Street,    Suite #2910,    Chicago, IL 60603-1056
18697452      +Financial Pacific Leasing,    ASKOUNIS & DARCY, PC,    401 North Michigan Avenue,    Suite 550,
                 Chicago, IL 60611-5523
18697454      +Firstsource Advantage, LLC,    P.O. Box 628,    Buffalo, NY 14240-0628
18346039      +Fnb Omaha,    P.O. Box 3412,    Omaha, NE 68197-0001
18346040      +Frd Motor Cr,    Pob 542040,    Omaha, NE 68154-8000
18346042      +Freedom,    Pob 105555,    Atlanta, GA 30348-5555
18346043      +Fremont Investment & L,    175 N Riverview Dr,    Anaheim, CA 92808-1225
18346044      +Fst Security,    936 N Western Ave,    Chicago, IL 60622-4616
18720346       Genesis Clinical Laboratory,    1590 Paysphere Circle,    Chicago, IL 60674-0015
18720347      +George J. Skuros,    Attorney At Law,    53 West Jackson Blvd., Suite #1401,
                 Chicago, IL 60604-3751
18720351      +Glenbrook Hospital,    2100 Pfingsten Road,    Glenview, IL 60026-1393
18346060      +Gmac Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
18720352      +HSBC Business Solutions,    P.O. Box 5219,    Carol Stream, IL 60197-5219
18720350      +Homemakers Supply, Inc.,    2814 Central Street,    Evanston, IL 60201-1222
18346061      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
18346063      +Hsbc/Bstby,    Po Box 5253,    Carol Stream, IL 60197-5253
18346064      +Hsbc/Carsn,    Po Box 15521,    Wilmington, DE 19850-5521
18346065      +Hsbc/Carsn,    Po Box 5253,    Carol Stream, IL 60197-5253
18346066      +Hsbc/Mnrds,    90 Christiana Rd,    New Castle, DE 19720-3118
18346067      +Hsbc/Vlcty,    Po Box 5253,    Carol Stream, IL 60197-5253
18346068      +Hsbc/Wicks,    90 Christiana Rd,    New Castle, DE 19720-3118
18720353      +Humana Claims Office,    P.O. Box 14601,    Lexington, KY 40512-4601
18822233      +Jan Bielak,    c/o Ronald A. Stearney, Jr.,    211 W. Wacker Drive, Suite 500,
                 Chicago, Il 60606-1388
```

```
District/off: 0752-1           User: cmendoza1               Page 2 of 5                   Date Rcvd: Feb 26, 2016
                               Form ID: pdf006               Total Noticed: 157


18720354       +Legal Fund,    Group Legal Service Plan Fund,    1340 West Washington Boulevard,
                 Chicago, IL 60607-1980
18720356       +Local 130 Contribution Account,    1340 West Washington Boulevard,    Chicago, IL 60607-1980
18720357       +Local Union 130, U.A.,    1340 West Washington Boulevard,    Chicago, IL 60607-2131
18346071       +Mb Fin Bk Na,    6111 North River R,    Rosemont, IL 60018-5158
18346072       +Mb Fin Svcs,    36455 Corporate Dr,    Farmington Hills, MI 48331-3552
18346073       +Mb Financial Bank,    6111 N River Rd,    Rosemont, IL 60018-5111
18720360       +Medical Cardiology, Ltd.,    2800 North Sheridan Road,    #500,   Chicago, IL 60657-6158
18720361       +Merit Sleep,    900 East Irving Park Road,    Streamwood, IL 60107-3169
18720362       +Michael Todd Homeowners,    Association,    P.O. Box 1108,   Arlington Heights, IL 60006-1108
18568493        Midland Loan Services,    c/o Portfolio Servicing,    P.O. Box 25965,
                 Shawnee Mission, KS 66225-5965
18720363       +Morton Grove Supply,    6418 West Main,    Morton Grove, IL 60053-2633
18346069      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court:    Infiniti Fin Svcs,    990 W 190th St,    Torrance, CA 90502)
18346078       +NORTHSIDE COMMUNITY BANK,    C/O FIELD AND GOLDBERG, LLC,    10 South LaSalle Street,
                 Suite 2910,    Chicago, Illinois 60603-1056
18720364       +National Construction Rentals,    P.O. Box 4503,    Pacoima, CA 91333-4503
18720365        National Plumbing,    740 North Tripp Avenue,    Chicago, IL 60646
18720368       +NorthShore University Health System,    Faculty Practice Associates,    9532 Eagle Way,
                 Chicago, IL 60678-1095
18720366       +Northland Group Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
18720367        Northshore University Health System,    Hospital Billing,    23056 Network Place,
                 Chicago, IL 60673-1230
18720369        Northshore University Health System,    9851 Eagle Way,    Chicago, IL 60678-1098
18568494        Northside Community Bank,    8060 Oak Street,    Niles, IL 60714
18720370        Northwestern Medical Faculty Found.,    38693 Eagle Way,    Chicago, IL 60678-1386
18720371        Northwestern Memorial Hospital,    P.O. Box 73690,    Chicago, IL 60673-7690
18346079       +Ns Comm Bnk,    5101 Washington S,    Gurnee, IL 60031-5916
18720372       +O'Connor Title Services, Inc.,    162 West Hubbard Street,    Chicago, IL 60654-8163
18346081       +Peoples Engy,    130 E Randolph,    Chicago, IL 60601-6207
18720373        Plaza Associates,    JAF Station,    P.O. Box 2770,   New York, NY 10116-2770
18346083       +Plaza Bank,    7460 W Irving Pk R,    Norridge, IL 60706-2187
18720375       +Plumber's Pension Fund Local Union,    1340 West Washington Boulevard,    Chicago, IL 60607-1980
18720377       +Plumber's Welfare Fund,    Local Union 130, U.A.,    1340 West Washington Boulevard,
                 Chicago, IL 60607-1980
18720376       +Plumbers' Local 130 Benefit Funds,    c/o Frank Marco,    2 N Lasalle St, Ste 1650,
                 Chicago, IL 60602-4035
18346084       +Pnc Bank,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
18720379       +Quest Diagnostics,    P O Box 809403,    Chicago, IL 60680-9403
18720381       +RES HLTH SLP CRE CTR EVANSTON,    1300 South Main Street,    Lombard, IL 60148-4526
18720383       +RMS,    4836 Brecksville Road,    Richfield, OH 44286-9178
18720380        Ratko Pavlovic,    33 West Monroe Street,    Suite 2700,   Chicago, IL 60603-5404
18720382       +Resurrection Health Care,    St. Francis Hospital-Evanston,    355 Ridge Avenue,
                 Evanston, IL 60202-3399
18697310       +Ronald A. Stearney,    Attorney At Law,    211 West Wacker Drive, Suite #500,
                 Chicago, IL 60606-1388
18720384        Safety Services Company,    P.O. Box 64408,    Yuma, AZ 85366
18720385        Saint Francis Hospital- Evanston,    62406 Collection Center Drive,    Chicago, IL 60693-0624
18720386        Sears Credit Cards,    P.O. Box 183082,    Columbus, OH 43218-3082
18346086       +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
18346088       +Sears/Cbna,    701 East 60th St N Po Box 6241,    Sioux Falls, SD 57117-6241
18346089       +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
18720387       +St. Francis Hospital,    355 Ridge Avenue,    Evanston, IL 60202-3399
18720389       +Steven L. Popuch,    Attorney At Law,    650 North Dearborn, Suite #750,   Chicago, IL 60654-3755
18720390        Swedish Covenant Hospital,    3732 Sphere Circle,    Chicago, IL 60674-0037
18346091       +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
18720392       +Trust Fund for Apprentice,    1340 West Washington Boulevard,    Chicago, IL 60607-1980
18568492       +US Autosale,    6134 Kennedy Avenue,    Hammond, IN 46323-1044
18346093      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:    Us Bank,    Po Box 5227,   Cincinnati, OH 45201)
18697314       +United States Treasury Department,    1500 Pennsylvania Avenue, NW,    Washington, DC 20220-0001
18720394       +United Survey Service,    3415 West North Avenue,    Melrose Park, IL 60160-1017
18346092       +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
18346094        Vbt Prospect,    311 S. Arlington H,    Arlington Heig, IL 60005
18346095       +Verizon Wireless/Great,    1515 Woodfield Rd Ste140,    Schaumburg, IL 60173-6046
18346096       +Visdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
18720395       +Vollmar Clay Products,    5835 West Touhy Avenue,    Chicago, IL 60646-1264
18720397       +Warren Park Condo Association,    2217 West Farwell Avenue,    Chicago, IL 60645-4890
18720398       +Wells Plumbing & Heating Supplies,    7401 Croname Road,    Niles, IL 60714-3921
18346097       +Wfhm/Gdw,    Loan Service Custo Po Box 659558,    San Antonio, TX 78265-9558
18346098       +Wfnnb/Roomplace,    Po Box 2974,    Shawnee Mission, KS 66201-1374
18346099       +Wfnnb/The Avenue,    Po Box 2974,    Shawnee Mission, KS 66201-1374
18720399       +Ziebell Water Svc Products, Inc,    2001 Pratt Boulevard,    Elk Grove Village, IL 60007-5987
```

```
District/off: 0752-1            User: cmendoza1              Page 3 of 5              Date Rcvd: Feb 26, 2016
                                Form ID: pdf006              Total Noticed: 157


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18697311          E-mail/Text: cio.bncmail@irs.gov Feb 27 2016 00:47:08      ACS Support- Stop 813G,
                 P.O. Box 145566,    Cincinnati, OH 45250-5566
18346022         +E-mail/Text: bk.notifications@jpmchase.com Feb 27 2016 00:47:18      Chase Auto,   Po Box 901076,
                  Fort Worth, TX 76101-2076
18697446         +E-mail/Text: SRCO-Bankruptcy@advocatehealth.com Feb 27 2016 00:49:47      Condell Medical Center,
                  801 South Milwaukee,    Libertyville, IL 60048-3204
18346033          E-mail/Text: mrdiscen@discover.com Feb 27 2016 00:46:43      Discover Fin,   Pob 15316,
                  Wilmington, DE 19850
18697448          E-mail/Text: mrdiscen@discover.com Feb 27 2016 00:46:43      Discover,   P.O. Box 6103,
                  Carol Stream, IL 60197-6103
20806166          E-mail/Text: mrdiscen@discover.com Feb 27 2016 00:46:43      Discover Bank,
                  DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
18346034         +E-mail/Text: mrdiscen@discover.com Feb 27 2016 00:46:43      Discover Fin Svcs Llc,
                  Po Box 15316,    Wilmington, DE 19850-5316
18697453          E-mail/Text: data_processing@fin-rec.com Feb 27 2016 00:47:14      Financial Recovery Services,
                  P.O. Box 385908,    Minneapolis, MN 55438-5908
18720344         +E-mail/Text: ebn@fmins.com Feb 27 2016 00:47:12      Frankenmuth Mutual Insurance Co.,
                  1 Mutual Avenue,    Frankenmuth, MI 48787-0001
18346045         +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2016 00:45:36      Gecrb/Dillar,   Po Box 965005,
                  Orlando, FL 32896-5005
18346046         +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2016 00:42:48      Gecrb/Jcp,   Po Box 965005,
                  Orlando, FL 32896-5005
18346050          E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2016 00:42:41      Gecrb/Jcp,   Po Box 984100,
                  El Paso, TX 79998
18346051         +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2016 00:45:36      Gecrb/Lowbrc,   Po Box 956005,
                  Orlando, FL 32896-0001
18346052         +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2016 00:42:46      Gecrb/Oldnav,   Po Box 965005,
                  Orlando, FL 32896-5005
18346053         +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2016 00:44:47      Gecrb/Sams,   Po Box 965005,
                  Orlando, FL 32896-5005
18346054         +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2016 00:42:47      Gecrb/Walmar,   Po Box 981400,
                  El Paso, TX 79998-1400
18346055         +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2016 00:55:07      Gemb/Walmart,   Po Box 981400,
                  El Paso, TX 79998-1400
18346057         +E-mail/Text: bankruptcy@gsb.com Feb 27 2016 00:48:16      Glenview State Bank,   800 Waukegan Rd,
                  Glenview, IL 60025-4310
18346059         +E-mail/Text: ally@ebn.phinsolutions.com Feb 27 2016 00:46:42      Gmac,   P.O. Box 380901,
                  Bloomington, MN 55438-0901
18720348         +E-mail/Text: bkynotice@harvardcollect.com Feb 27 2016 00:50:01
                  Harvard Collection Services Inc.,    4839 North Elston Avenue,   Chicago, IL 60630-2589
18346070         +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 27 2016 00:46:58      Kohls/Capone,
                  N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
18720358         +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2016 00:43:57      Lowe’s,   P.O. Box 981064,
                  El Paso, TX 79998-1064
18720359         +E-mail/Text: bknotices@mbandw.com Feb 27 2016 00:48:30      McCarthy, Burgess & Wolff,
                  26000 Cannon Road,    Bedford, OH 44146-1807
21136408         +E-mail/Text: bankrup@aglresources.com Feb 27 2016 00:46:39      Nicor Gas,   Po Box 549,
                  Aurora, IL 60507-0549
18346075         +E-mail/Text: bankrup@aglresources.com Feb 27 2016 00:46:39      Nicor Gas,   1844 Ferry Road,
                  Naperville, IL 60563-9600
18720378          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2016 00:42:36
                  Portfolio Recovery Associates, LLC,    P.O. Box 12914,   Norfolk, VA 23541
21160350          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2016 00:42:37
                  Portfolio Recovery Associates, LLC,    successor to CAPITAL ONE BANK, N.A.,   PO Box 41067,
                  Norfolk, VA 23541
18346085         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2016 00:42:37
                  Portfolio Recvry&Affil (Original Credito,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4962
18346090          E-mail/PDF: cbp@springleaf.com Feb 27 2016 00:45:05      Springleaf Financial S,
                  3215 W 95th St,    Evergreen Park, IL 60805
18720388          E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Feb 27 2016 00:48:16      State Farm,
                  P.O. Box 2329,    Bloomington, IL 61702-2329
18720393         +E-mail/Text: smeixner@ur.com Feb 27 2016 00:48:15      United Rentals,   525 Julie Rivers #200,
                  Sugar Land, TX 77478-2845
                                                                                              TOTAL: 31

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18345990*       +Amc Mortgage Services,    Po Box 11000,   Santa Ana, CA 92711-1000
18345991*       +Amc Mortgage Services,    Po Box 11000,   Santa Ana, CA 92711-1000
18345993*       +American Home Mtg Svci,    1525 S Belt Line Rd,   Coppell, TX 75019-4913
18345996*       ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982238,   El Paso, TX 79998)
18346004*       ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America, N.A.,    4161 Piedmont Pkwy,   Greensboro, NC 27410)
18346005*       ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bk Of Amer,    Po Box 982238,   El Paso, TX 79998)
18345998*       +Bank Of America,    Po Box 1598,   Norfolk, VA 23501-1598
```

```
District/off: 0752-1          User: cmendoza1            Page 4 of 5              Date Rcvd: Feb 26, 2016
                              Form ID: pdf006            Total Noticed: 157


            ***** BYPASSED RECIPIENTS (continued) *****
 18346000*         +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
 18346001*         +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
 18346002*         +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
 18346003*         +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
 18346008*        ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                  (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
 18346009*        ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                  (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
 18346010*        ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                  (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
 18346011*        ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                  (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
 18346016*         +Chase,    Po Box 24696,    Columbus, OH 43224-0696
 18346017*         +Chase,    Po Box 24696,    Columbus, OH 43224-0696
 18346018*         +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
 18346019*         +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
 18346020*         +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
 18346021*         +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
 18346023*         +Chase Auto,    Po Box 901076,    Fort Worth, TX 76101-2076
 18346024*         +Chase Auto,    Po Box 901076,    Fort Worth, TX 76101-2076
 18346025*         +Chase Auto,    Po Box 901076,    Fort Worth, TX 76101-2076
 18346027*         +Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
 18346029*         +Citi Ctb,    Po Box 22066,    Tempe, AZ 85285-2066
 18346031*          Consecofin,    345 St Peter/900 Landmk,    Saint Paul, MN 55102
 18697317*          Department of the Treasury,    Internal Revenue Service,    PO Box 7346,
                     Philadelphia PA 19101-7346
 18346035*         +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
 18346036*         +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
 18346038*         +Field and Goldberg, LLC,    10 South LaSalle Street,    Suite #2910,    Chicago, IL 60603-1056
 18346041*         +Frd Motor Cr,    Pob 542000,    Omaha, NE 68154-8000
 18346047*         +Gecrb/Jcp,    Po Box 965005,    Orlando, FL 32896-5005
 18346048*         +Gecrb/Jcp,    Po Box 965005,    Orlando, FL 32896-5005
 18346049*         +Gecrb/Jcp,    Po Box 965005,    Orlando, FL 32896-5005
 18346056*         +Gemb/Walmart,    Po Box 981400,    El Paso, TX 79998-1400
 18346058*         +Glenview State Bank,    800 Waukegan Rd,    Glenview, IL 60025-4310
 18346062*         +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
 20849912*         +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
 18346074*         +Mb Financial Bank,    6111 N River Rd,    Rosemont, IL 60018-5111
 18346076*         +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
 18346077*         +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
 18346080*         +Ns Comm Bnk,    5101 Washington S,    Gurnee, IL 60031-5916
 18346082*         +Peoples Engy,    130 E Randolph,    Chicago, IL 60601-6207
 18720374*         +Plaza Bank,    7460 W Irving Pk R,    Norridge, IL 60706-2187
 18346087*         +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
 18345997         ##+Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
 18697435         ##+Bank of America,    P.O. Box 53181,    Phoenix, AZ 85072-3181
 18697442         ##+City of Chicago,    33 North LaSalle Street,    Chicago, IL 60602-3422
 18697444         ##+Claims Management Resources,    615 North Classen Boulevard,    Oklahoma City, OK 73106-7440
 18400615         ##+DND Plumbing, Inc.,    3638 West Okton,    Skokie, IL 60076-3443
 18720349         ##+Home Depot Credit Servicing,    P.O. Box 6925,    The Lakes, NV 88901-6925
 18720355         ##+Leslie Kruse,    2537 West Carmen Avenue,    #1,    Chicago, IL 60625-2607
 18720391         ##+The Plumbing Council of Chicagoland,    1400 West Washington,    Chicago, IL 60607-1821
 18720396         ##+Walgreens Respratory Services,    655 West Grand Avenue,    Suite #100,    Elmhurst, IL 60126-1061
                                                                                               TOTALS: 0, * 46, ## 9
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: cmendoza1              Page 5 of 5                  Date Rcvd: Feb 26, 2016
                              Form ID: pdf006              Total Noticed: 157
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2016 at the address(es) listed below:
              David W Daudell    on behalf of Debtor 1 Boro  Nedinic daviddaudell@ddlaw-associates.com
              David W Daudell    on behalf of Debtor 2 Nevenka  Nedinic daviddaudell@ddlaw-associates.com
              Denise A Delaurent    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
               Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
              Donald L. Newman    on behalf of Creditor   Glenview State Bank dnewmanassoc@yahoo.com,
               dnewmanassoc@yahoo.com
              Frances  Gecker    on behalf of Trustee Frances  Gecker fgecker@fgllp.com,  csmith@fgllp.com
              Frances  Gecker     fgecker@fgllp.com,  fgecker@ecf.epiqsystems.com;csmith@fgllp.com
              Justin M. Newman    on behalf of Creditor   NorthSide Community Bank jmnewman@thompsoncoburn.com
              Micah R Krohn    on behalf of Trustee Frances  Gecker mkrohn@fgllp.com,
               ccarpenter@fgllp.com;csmith@fgllp.com
              Micah R Krohn    on behalf of Plaintiff   Frances Gecker, not individually but as Chapter 7
               trustee for Boro Nedinic and Nevenka Nedinic mkrohn@fgllp.com,
               ccarpenter@fgllp.com;csmith@fgllp.com
              Michael  Dimand    on behalf of Creditor   Wells Fargo Bank, N.A. as Trustee mdimand@aol.com,
               bankruptcyfilings@wirbickilaw.com
              Michael Joseph Linneman    on behalf of Defendant Ratko  Pavlovic linnemanm@jbltd.com
              Michael W Debre    on behalf of Creditor   Financial Pacific Leasing, LLC mdebre@chuhak.com,
               mreyes@chuhak.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Zane L Zielinski    on behalf of Plaintiff Frances  Gecker zzielinski@wfactorlaw.com,
               nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
              Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@wfactorlaw.com,
               nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
                                                                                             TOTAL: 15
```