UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-00630 |
| | ) | |
| BORO NEDINIC and NEVENKA NEDINIC, | ) ) | Chapter: 7 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING FIRST AND FINAL APPLICATION OF FRANKGECKER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

THIS MATTER COMING ON TO BE HEARD upon the First and Final Application of FrankGecker LLP For Allowance Of Compensation And Reimbursement Of Expenses; due and proper notice having been given to all unpaid creditors; the Court having heard from all interested parties and being fully advised in the premises; and the Court having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED THAT:

1. FrankGecker LLP is hereby allowed reasonable compensation for actual, necessary legal services in the amount of $10,062.50; and

2. FrankGecker LLP is hereby allowed reimbursement of actual, necessary expenses in the amount of $96.64; and

3. Frances Gecker, not individually, but as Chapter 7 Trustee of the bankruptcy estate of BORO NEDINIC and NEVENKA NEDINIC is hereby authorized to pay FrankGecker LLP for their reasonable compensation and expenses in the amount of $10,159.14.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: April 06, 2016

**Prepared by:**

Micah R. Krohn (ARDC# 6198450)
FrankGecker LLP
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel: (312) 276-1400
Fax: (312) 276-0035
mkrohn@fgllp.com