# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| BORO NEDINIC | § | Case No. 12-00630 |
| NEVENKA NEDINIC | § | |
| | § | |
| Debtors | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 2,030,049.00
*(Without deducting any secured claims)*

Assets Exempt: 14,379.34

Total Distributions to Claimants: 3,667.47

Claims Discharged
Without Payment:  5,278,245.88

Total Expenses of Administration:  13,832.53

3) Total gross receipts of $ 17,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 17,500.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 2,700,182.33 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 13,832.53 | 13,832.53 | 13,832.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 101,700.75 | 146,358.21 | 146,358.21 | 3,667.47 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,635,963.18 | 1,027,514.60 | 1,027,514.60 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 4,437,846.26 | $ 1,187,705.34 | $ 1,187,705.34 | $ 17,500.00 |

4)  This case was originally filed under chapter 7 on  01/10/2012 .  The case was pending for 53 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/24/2016                     By:/s/Frances Gecker

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FRAUDULENT TRANSFER | 1241-000 | 17,500.00 |
| TOTAL GROSS RECEIPTS | | $ 17,500.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America, N.A. 450 American St Simi Valley, CA 93065 | | 163,561.00 | NA | NA | 0.00 |
| | Chase Auto Po Box 901076 Fort Worth, TX 76101 | | 3,360.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Glenview State Bank 800 Waukegan Rd Glenview, IL 60025 | | 20,381.00 | NA | NA | 0.00 |
| | Midland Loan Services c/o Portfolio Servicing P.O. Box 25965 Shawnee Mission, KS 66225-5965 | | 273,624.16 | NA | NA | 0.00 |
| | Midland Loan Services c/o Portfolio Servicing P.O. Box 25965 Shawnee Mission, KS 66225-5965 | | 400,000.00 | NA | NA | 0.00 |
| | Northside Community Bank 8060 Oak Street Niles, IL 60714 | | 310,111.40 | NA | NA | 0.00 |
| | Northside Community Bank 8060 Oak Street Niles, IL 60714 | | 488,331.77 | NA | NA | 0.00 |
| | Ns Comm Bnk 5101 Washington  S Gurnee, IL 60031 | | 149,978.00 | NA | NA | 0.00 |
| | Ns Comm Bnk 5101 Washington  S Gurnee, IL 60031 | | 708,095.00 | NA | NA | 0.00 |
| | US Autosale 6134 Kennedy Avenue Hammond, IN 46323 | | 1,060.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wfhm/Gdw Loan Service Custo Po Box 659558 San Antonio, TX 78265 | | 181,680.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 2,700,182.33** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 2,500.00 | 2,500.00 | 2,500.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 25.02 | 25.02 | 25.02 |
| Bank of New York Mellon | 2600-000 | NA | 363.68 | 363.68 | 363.68 |
| The Bank of New York Mellon | 2600-000 | NA | 198.39 | 198.39 | 198.39 |
| CLERK OF THE U. S. BANKRUPTCY COURT | 2700-000 | NA | 586.00 | 586.00 | 586.00 |
| FRANKGECKER LLP | 3110-000 | NA | 10,062.50 | 10,062.50 | 10,062.50 |
| FRANKGECKER LLP | 3120-000 | NA | 96.94 | 96.94 | 96.94 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 13,832.53** | **$ 13,832.53** | **$ 13,832.53** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer P.O. Box 4468 Carol Stream, IL 60197-4468 | | 2,903.38 | NA | NA | 0.00 |
| | Cook County Treasurer P.O. Box 4488 Carol Stream, IL 60197-4488 | | 16,724.20 | NA | NA | 0.00 |
| | Cook County Treasurer P.O. Box 4488 Carol Stream, IL 60197-4488 | | 4,925.17 | NA | NA | 0.00 |
| | United States Treasury Department 1500 Pennsylvania Avenue, NW Washington, DC 20220 | | 77,148.00 | NA | NA | 0.00 |
| 1 | JAN BIELAK | 5300-000 | NA | 9,081.59 | 9,081.59 | 3,667.47 |
| 5 | INTERNAL REVENUE SERVICE | 5800-000 | 0.00 | 137,276.62 | 137,276.62 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 101,700.75 | $ 146,358.21 | $ 146,358.21 | $ 3,667.47 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1st Security Fed Svgs 936m N Western Ave Chicago, IL 60622 | | 0.00 | NA | NA | 0.00 |
| | Abn Amro Mortgage Grou Po Box 9438 Gaithersburg, MD 20898 | | 0.00 | NA | NA | 0.00 |
| | Accounts Receivable Managment P.O. Box 129 Thorofare, NJ 08086-0129 | | 8,249.11 | NA | NA | 0.00 |
| | Accredited Home Lender 15253 Avenue Of Science San Diego, CA 92128 | | 0.00 | NA | NA | 0.00 |
| | Allied Interstate, Inc. P.O. Box 361774 Columbus, OH 43236 | | 277.81 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amc Mortgage Services Po Box 11000 Santa Ana, CA 92711 | | 0.00 | NA | NA | 0.00 |
| | Amc Mortgage Services Po Box 11000 Santa Ana, CA 92711 | | 0.00 | NA | NA | 0.00 |
| | Amc Mortgage Services Po Box 11000 Santa Ana, CA 92711 | | 0.00 | NA | NA | 0.00 |
| | American Home Mtg Svci 1525 S Belt Line Rd Coppell, TX 75019 | | 0.00 | NA | NA | 0.00 |
| | American Home Mtg Svci 1525 S Belt Line Rd Coppell, TX 75019 | | 0.00 | NA | NA | 0.00 |
| | Arnoldharris (Original Creditor:04 Illin 600 West Jackson Suite 710 Chicago, IL 60661 | | 194.00 | NA | NA | 0.00 |
| | Bank of America P.O. Box 25118 Tampa, FL 33622-5118 | | 108.20 | NA | NA | 0.00 |
| | Bank of America P.O. Box 53181 Phoenix, AZ 85027-3181 | | 80.20 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | 3,721.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | 11,109.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | 30,683.00 | NA | NA | 0.00 |
| | Bank Of America, N.A. 4161 Piedmont Pkwy Greensboro, NC 27410 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America, N.A. 450 American St Simi Valley, CA 93065 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America, N.A. 450 American St Simi Valley, CA 93065 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America, N.A. 450 American St Simi Valley, CA 93065 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America, N.A. 450 American St Simi Valley, CA 93065 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bk Of Amer Po Box 982238 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Bmo Harris Bank Po Box 94034 Palatine, IL 60094 | | 0.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA 23285 | | 95.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA 23285 | | 0.00 | NA | NA | 0.00 |
| | Capital One Bank P.O. Box 6492 Carol Stream, IL 60197 | | 13,927.87 | NA | NA | 0.00 |
| | Capital One Bank P.O. Box 6492 Carol Stream, IL 60197-6492 | | 11,481.53 | NA | NA | 0.00 |
| | Cath/Soanb 1103 Allen Drive Milford, OH 45150 | | 0.00 | NA | NA | 0.00 |
| | Cbna Po Box 6497 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Chase Auto Po Box 901076 Fort Worth, TX 76101 | | 0.00 | NA | NA | 0.00 |
| | Chase Auto Po Box 901076 Fort Worth, TX 76101 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Auto Po Box 901076 Fort Worth, TX 76101 | | 0.00 | NA | NA | 0.00 |
| | Chase Bank P.O. Box 659754 San Antonio, TX 78265 | | 170.92 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 24696 Columbus, OH 43224 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 24696 Columbus, OH 43224 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 24696 Columbus, OH 43224 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase, National Payment Services P.O. Box 182223 Department OH1-1272 Columbus, OH 43218 | | 170.92 | NA | NA | 0.00 |
| | Chlorinating LTD, Inc. 50 West Cofax Palatine, IL 60067 | | 3,190.00 | NA | NA | 0.00 |
| | Citi Ctb Po Box 22066 Tempe, AZ 85285 | | 0.00 | NA | NA | 0.00 |
| | Citi Ctb Po Box 22066 Tempe, AZ 85285 | | 0.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 14,861.00 | NA | NA | 0.00 |
| | Citi Pob 6241 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | City of Chicago 33 North LaSalle Street Chicago, IL 60602 | | 1,040.00 | NA | NA | 0.00 |
| | City Of Chicago P.O. Box 6330 Chicago, IL 60680-6330 | | 483.59 | NA | NA | 0.00 |
| | City Of Chicago P.O. Box 6330 Chicago, IL 60680-6330 | | 753.93 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City Of Chicago P.O. Box 6330 Chicago, IL 60680-6330 | | 365.32 | NA | NA | 0.00 |
| | City Of Chicago P.O. Box 6330 Chicago, IL 60680-6330 | | 185.31 | NA | NA | 0.00 |
| | City Of Chicago P.O. Box 6330 Chicago, IL 60680-6330 | | 92.66 | NA | NA | 0.00 |
| | City Of Chicago P.O. Box 6330 Chicago, IL 60680-6330 | | 92.66 | NA | NA | 0.00 |
| | City Of Chicago P.O. Box 6330 Chicago, IL 60680-6330 | | 750.87 | NA | NA | 0.00 |
| | Claims Management Resources 615 North Classen Boulevard Oklahoma City, OK 73106 | | 360.00 | NA | NA | 0.00 |
| | Coflin Bulls Funding B, LLC Attn: Insurance Department P.O. Box 790602 San Antonio, TX 78279-0602 | | 0.00 | NA | NA | 0.00 |
| | Coflin Bulls Funding B, LLC Attn: Insurance Department P.O. Box 790602 San Antonio, TX 78279-0602 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Condell Medical Center 801 South Milwaukee Libertyville, IL 60048 | | 510.00 | NA | NA | 0.00 |
| | Consecofin 345 St Peter/900 Landmk Saint Paul, MN 55102 | | 0.00 | NA | NA | 0.00 |
| | Consecofin 345 St Peter/900 Landmk Saint Paul, MN 55102 | | 0.00 | NA | NA | 0.00 |
| | Contract Callers Inc (Original Creditor: 1058 Claussen Rd Ste 110 Augusta, GA 30907 | | 70.00 | NA | NA | 0.00 |
| | CTLTC 4240 Paysphere Chicago, IL 60674-0001 | | 430.00 | NA | NA | 0.00 |
| | CTLTC 4240 Paysphere Chicago, IL 60674-0001 | | 640.00 | NA | NA | 0.00 |
| | CTLTC 4240 Paysphere Chicago, IL 60674-0001 | | 328.00 | NA | NA | 0.00 |
| | CTLTC 4240 Paysphere Chicago, IL 60674-0001 | | 555.00 | NA | NA | 0.00 |
| | CTLTC 4240 Paysphere Chicago, IL 60674-0001 | | 480.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Fin Pob 15316 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Discover P.O. Box 6103 Carol Stream, IL 60197-6103 | | 1,209.95 | NA | NA | 0.00 |
| | Discover P.O. Box 6103 Carol Stream, IL 60197-6103 | | 13,445.15 | NA | NA | 0.00 |
| | Echelon Recovery, Inc. P.O. Box 1880 Voorhees, NJ 08043 | | 3,721.84 | NA | NA | 0.00 |
| | Ferguson Enterprises 1401 North Cicero Avenue Chicago, IL 60651 | | 244,544.01 | NA | NA | 0.00 |
| | Financial Pacific Leasing P.O. Box 628 Federal Way, WA 98063 | | 54,705.00 | NA | NA | 0.00 |
| | Financial Recovery Services P.O. Box 385908 Minneapolis, MN 55438-5908 | | 170.92 | NA | NA | 0.00 |
| | Firstsource Advantage, LLC P.O. Box 628 Buffalo, NY 14240-0628 | | 9,113.49 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Firstsource Advantage, LLC P.O. Box 628 Buffalo, NY 14240-0628 | | 8,891.83 | NA | NA | 0.00 |
| | Fnb Omaha P.O. Box 3412 Omaha, NE 68197 | | 0.00 | NA | NA | 0.00 |
| | Frankenmuth Mutual Insurance Co. 1 Mutual Avenue Frankenmuth, MI 48787 | | 30,616.84 | NA | NA | 0.00 |
| | Frd Motor Cr Pob 542000 Omaha, NE 68154 | | 0.00 | NA | NA | 0.00 |
| | Frd Motor Cr Pob 542000 Omaha, NE 68154 | | 0.00 | NA | NA | 0.00 |
| | Freedom Pob 105555 Atlanta, GA 30348 | | 0.00 | NA | NA | 0.00 |
| | Fremont Investment & L 175 N Riverview Dr Anaheim, CA 92808 | | 0.00 | NA | NA | 0.00 |
| | Fst Security 936 N Western Ave Chicago, IL 60622 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/Dillar Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gecrb/Jcp Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/Jcp Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/Jcp Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/Jcp Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/Jcp Po Box 984100 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/Lowbrc Po Box 956005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/Oldnav Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/Sams Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/Walmar Po Box 981400 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Gemb/Walmart Po Box 981400 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Gemb/Walmart Po Box 981400 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | George J. Skuros Attorney At Law 53 West Jackson Blvd., Suite #1401 Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| | Glenbrook Hospital 2100 Pfingsten Road Glenview, IL 60026 | | 3,954.89 | NA | NA | 0.00 |
| | Glenview State Bank 800 Waukegan Rd Glenview, IL 60025 | | 0.00 | NA | NA | 0.00 |
| | Gmac Mortgage 3451 Hammond Ave Waterloo, IA 50702 | | 0.00 | NA | NA | 0.00 |
| | Gmac P.O. Box 380901 Bloomington, MN 55438 | | 0.00 | NA | NA | 0.00 |
| | Home Depot Credit Servicing P.O. Box 6925 The Lakes, NV 88901 | | 11,274.65 | NA | NA | 0.00 |
| | Homemakers Supply, Inc. 2814 Central Street Evanston, IL 60201 | | 14,763.41 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | HSBC Business Solutions P.O. Box 5219 Carol Stream, IL 60197 | | 42,533.69 | NA | NA | 0.00 |
| | Hsbc/Bstby Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/Carsn Po Box 15521 Wilmington, DE 19805 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/Carsn Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/Mnrds 90 Christiana Rd New Castle, DE 19720 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/Vlcty Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/Wicks 90 Christiana Rd New Castle, DE 19720 | | 0.00 | NA | NA | 0.00 |
| | Humana Claims Office P.O. Box 14601 Lexington, KY 40512 | | 4,828.00 | NA | NA | 0.00 |
| | Infiniti Fin Svcs 990 W 190th St Torrance, CA 90502 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 251.00 | NA | NA | 0.00 |
| | Legal Fund Group Legal Service Plan Fund 1340 West Washington Boulevard Chicago, IL 60607 | | 12,096.89 | NA | NA | 0.00 |
| | Leslie Kruse 2537 West Carmen Avenue #1 Chicago, IL 60625 | | 750.00 | NA | NA | 0.00 |
| | Local 130 Contribution Account 1340 West Washington Boulevard Chicago, IL 60607 | | 25,457.11 | NA | NA | 0.00 |
| | Local 130 Contribution Account 1340 West Washington Boulevard Chicago, IL 60607 | | 155,589.43 | NA | NA | 0.00 |
| | Local Union 130, U.A. 1340 West Washington Boulevard Chicago, IL 60607 | | 0.00 | NA | NA | 0.00 |
| | Lowe's P.O. Box 981064 El Paso, TX 79998 | | 22,343.91 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mb Fin Bk Na 6111 North River R Rosemont, IL 60018 | | 0.00 | NA | NA | 0.00 |
| | Mb Fin Svcs 36455 Corporate Dr Farmington Hills, MI 48331 | | 0.00 | NA | NA | 0.00 |
| | Mb Financial Bank 6111 N River Rd Rosemont, IL 60018 | | 0.00 | NA | NA | 0.00 |
| | Mb Financial Bank 6111 N River Rd Rosemont, IL 60018 | | 0.00 | NA | NA | 0.00 |
| | McCarthy, Burgess & Wolff 26000 Cannon Road Bedford, OH 44146 | | 11,620.18 | NA | NA | 0.00 |
| | Merit Sleep 900 East Irving Park Road Streamwood, IL 60107 | | 800.00 | NA | NA | 0.00 |
| | Michael Todd Homeowners Association P.O. Box 1108 Arlington Heights, IL 60006 | | 230.00 | NA | NA | 0.00 |
| | Morton Grove Supply 6418 West Main Morton Grove, IL 60053 | | 74,450.30 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | National Construction Rentals P.O. Box 4503 Pacoima, CA 91333 | | 161.03 | NA | NA | 0.00 |
| | National Plumbing 740 North Tripp Avenue Chicago, IL 60646 | | 57,168.55 | NA | NA | 0.00 |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | 0.00 | NA | NA | 0.00 |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | 0.00 | NA | NA | 0.00 |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | 0.00 | NA | NA | 0.00 |
| | Northland Group Inc. P.O. Box 390846 Minneapolis, MN 55439 | | 9,580.68 | NA | NA | 0.00 |
| | Northshore University Health System Hospital Billing 23056 Network Place Chicago, IL 60673-1230 | | 14,699.04 | NA | NA | 0.00 |
| | NorthShore University HealthSy Hospital Billing 23056 Network Place Chicago, IL 60673 | | 45,806.98 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northside Community Bank 8060 Oak Street Niles, IL 60714 | | 0.00 | NA | NA | 0.00 |
| | Ns Comm Bnk 5101 Washington  S Gurnee, IL 60031 | | 0.00 | NA | NA | 0.00 |
| | Peoples Engy 130 E Randolph Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Plaza Associates JAF Station P.O. Box 2770 New York, NY 10116-2770 | | 14,861.13 | NA | NA | 0.00 |
| | Plaza Bank 7460 W Irving Pk R Norridge, IL 60634 | | 0.00 | NA | NA | 0.00 |
| | Plumber's Pension Fund Local Union 1340 West Washington Boulevard Chicago, IL 60607 | | 0.00 | NA | NA | 0.00 |
| | Plumber's Penson Fund Local Union 130, U.A. 1340 West Washington Boulevard Chicago, IL 60607 | | 97,917.09 | NA | NA | 0.00 |
| | Pnc Bank 1 Financial Pkwy Kalamazoo, MI 49009 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Recvry&Affil (Original Credito 120 Corporate Blvd Ste 1 Norfolk, VA 23502 | | 16,014.00 | NA | NA | 0.00 |
| | Ratko Pavlovic 2307 Hobson Avenue Hot Springs, AR 71913 | | 45,000.00 | NA | NA | 0.00 |
| | Ratko Pavlovic 2307 Hobson Avenue Hot Springs, AR 71913 | | 20,000.00 | NA | NA | 0.00 |
| | Resurrection Health Care St. Francis Hospital-Evanston 355 Ridge Avenue Evanston, IL 60202 | | 4,093.00 | NA | NA | 0.00 |
| | RMS 4836 Brecksville Road Richfield, OH 44286 | | 249.88 | NA | NA | 0.00 |
| | Safety Services Company P.O. Box 64408 Yuma, AZ 85366 | | 219.98 | NA | NA | 0.00 |
| | Saint Francis Hospital-Evanston 62406 Collection Center Drive Chicago, IL 60693-0624 | | 464.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears Credit Cards P.O. Box 183082 Columbus, OH 43218-3082 | | 1,247.28 | NA | NA | 0.00 |
| | Sears/Cbna 701 East 60th St N Po Box 6241 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Sears/Cbna Po Box 6189 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Sears/Cbna Po Box 6189 Sioux Falls, SD 57117 | | 377.00 | NA | NA | 0.00 |
| | Specialized Loan Servi 8742 Lucent Blvd Ste 300 Highlands Ranch, CO 80129 | | 0.00 | NA | NA | 0.00 |
| | Springleaf Financial S 3215 W 95th St Evergreen Park, IL 60805 | | 0.00 | NA | NA | 0.00 |
| | St. Francis Hospital 355 Ridge Avenue Evanston, IL 60202 | | 464.00 | NA | NA | 0.00 |
| | Steven L. Popuch Attorney At Law 650 North Dearborn, Suite #750 Chicago, IL 60610 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Swedish Covenant Hospital 3732 Sphere Circle Chicago, IL 60674-0037 | | 71.00 | NA | NA | 0.00 |
| | Target Nb Po Box 673 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |
| | The Plumbing Council of Chicagoland 1400 West Washington Chicago, IL 60607 | | 11,721.28 | NA | NA | 0.00 |
| | Trust Fund for Apprentice 1340 West Washington Boulevard Chicago, IL 60607 | | 21,082.19 | NA | NA | 0.00 |
| | United Rentals 525 Julie Rivers #200 Sugar Land, TX 77478 | | 4,518.15 | NA | NA | 0.00 |
| | Unvl/Citi Po Box 6241 Sioux Falls, SD 57117 | | 8,249.00 | NA | NA | 0.00 |
| | Us Bank Po Box 5227 Cincinnati, OH 45201 | | 0.00 | NA | NA | 0.00 |
| | Vbt Prospect 311 S. Arlington H Arlington Heig, IL 60005 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Verizon Wireless/Great 1515 Woodfield Rd Ste140 Schaumburg, IL 60173 | | 213.00 | NA | NA | 0.00 |
| | Visdsnb 9111 Duke Blvd Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Vollmar Clay Products 5835 West Touhy Avenue Chicago, IL 60646 | | 62,862.81 | NA | NA | 0.00 |
| | Walgreens Respratory Services 655 West Grand Avenue Suite #100 Elmhurst, IL 60126 | | 633.00 | NA | NA | 0.00 |
| | Walgreens Respratory Services 655 West Grand Avenue Suite #100 Elmhurst, IL 60126 | | 820.00 | NA | NA | 0.00 |
| | Warren Park Condo Association 2217 West Farwell Avenue Chicago, IL 60645 | | 1,494.00 | NA | NA | 0.00 |
| | Wells Plumbing & Heating Supplies 7401 Croname Road Niles, IL 60714 | | 13,350.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wfnnb/Roomplace Po Box 2974 Shawnee Mission, KS 66201 | | 0.00 | NA | NA | 0.00 |
| | Wfnnb/The Avenue Po Box 2974 Shawnee Mission, KS 66201 | | 0.00 | NA | NA | 0.00 |
| 7 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 12,620.00 | 12,270.78 | 12,270.78 | 0.00 |
| 8 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 2,563.00 | 2,563.79 | 2,563.79 | 0.00 |
| 9 | CAPITAL ONE, N.A. | 7100-000 | 0.00 | 460.38 | 460.38 | 0.00 |
| 2 | DISCOVER BANK | 7100-000 | 13,445.00 | 13,445.15 | 13,445.15 | 0.00 |
| 3 | DISCOVER BANK | 7100-000 | 1,210.00 | 1,210.97 | 1,210.97 | 0.00 |
| 4 | DISCOVER BANK | 7100-000 | 3,719.00 | 3,719.69 | 3,719.69 | 0.00 |
| 5U | INTERNAL REVENUE SERVICE | 7100-000 | NA | 5,552.60 | 5,552.60 | 0.00 |
| 12 | NICOR GAS | 7100-000 | 0.00 | 667.71 | 667.71 | 0.00 |
| 6 | O"CONNOR TITLE SERVICES, INC. | 7100-000 | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 10 | PLUMBERS" LOCAL 130 BENEFIT FUNDS | 7100-000 | 175,696.44 | 785,176.56 | 785,176.56 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 14,963.42 | 14,358.11 | 14,358.11 | 0.00 |
| 13 | RATKO PAVLOVIC | 7100-000 | 100,000.00 | 182,500.00 | 182,500.00 | 0.00 |
| 11 | ZIEBELL WATER SVC PRODUCTS, INC | 7100-000 | 4,388.86 | 4,388.86 | 4,388.86 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,635,963.18 | $ 1,027,514.60 | $ 1,027,514.60 | $ 0.00 |

**FORM 7**

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No: | 12-00630 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | Frances Gecker |
| Case Name: | BORO NEDINIC | | | | Date Filed (f) or Converted (c): | 01/10/2012 (f) |
| | NEVENKA NEDINIC | | | | 341(a) Meeting Date: | 02/24/2012 |
| For Period Ending: | 05/24/2016 | | | | Claims Bar Date: | 10/29/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. SINGLE FAMILY HOME LOCATION: 7041 CHURCH, MORTON G | 546,800.00 | 0.00 | | 0.00 | FA |
| 2. SINGLE FAMILY HOME LOCATION: 8909 ORIOLE AVENUE, M | 321,000.00 | 0.00 | | 0.00 | FA |
| 3. SINGLE FAMILY CONDOMINIUM LOCATION: 2217 WEST FARW | 137,400.00 | 0.00 | | 0.00 | FA |
| 4. MULTI-FAMILY CONDOMINIUM UNIT LOCATION: 10354 MICH | 400,000.00 | 0.00 | | 0.00 | FA |
| 5. OFFICE BUILDING LOCATION: 3638 WEST OAKTON, SKOKIE | 200,000.00 | 0.00 | | 0.00 | FA |
| 6. SINGLE FAMILY HOME LOCATION: 17662 WEST GAGES LAKE | 237,400.00 | 0.00 | | 0.00 | FA |
| 7. VACANT LAND LOCATION: 17684 WEST GAGES LAKE ROAD, | 165,000.00 | 0.00 | | 0.00 | FA |
| 8. JOINT DEBTOR'S CHECKING ACCOUNT HARRIS BANK | 100.00 | 0.00 | | 0.00 | FA |
| 9. DEBTORS' TELEVISION, COUCH, TABLES, BED, ETC. LOCA | 4,000.00 | 0.00 | | 0.00 | FA |
| 10. DEBTOR'S CLOTHING | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. JOINT DEBTOR'S PENSION PLAN THROUGH EMPLOYMENT | 1,849.34 | 0.00 | | 0.00 | FA |
| 12. REFER TO THE STATEMENT OF FINANCIAL AFFAIRS, QUEST | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2007 CHEVROLET EXPRESS 1500 CARGO LOCATION: 7041 C | 7,350.00 | 0.00 | | 0.00 | FA |
| 14. 2009 ACURA TL LOCATION: 7041 CHURCH, MORTON GROVE | 18,029.00 | 0.00 | | 0.00 | FA |
| 15. 2007 CHEVEROLET COLBALT LOCATION: 7041 CHURCH, MOR | 4,000.00 | 0.00 | | 0.00 | FA |
| 16. FRAUDULENT TRANSFER<br><br>Arkansas property - Lot 27, Lakeview Subdivision, Garland County, Arkansas known as "Tract A" | 0.00 | 0.00 | | 0.00 | FA |

FORM 7

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 12-00630 | DLT | Judge: | Deborah L. Thorne | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|---|
| Case Name: | BORO NEDINIC | | | | | Date Filed (f) or Converted (c): | 01/10/2012 (f) |
| | NEVENKA NEDINIC | | | | | 341(a) Meeting Date: | 02/24/2012 |
| For Period Ending: | 05/24/2016 | | | | | Claims Bar Date: | 10/29/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17.  FRAUDULENT TRANSFER                    (u)<br><br>Lot in Sarasota, Florida | 0.00 | 17,500.00 | | 17,500.00 | FA |
| INT.  Void (u) | 0.00 | N/A | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,044,428.34 | $17,500.00 | | $17,500.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS FILED A FINAL REPORT IN THIS CASE.

Initial Projected Date of Final Report (TFR): 12/01/2013          Current Projected Date of Final Report (TFR): 07/01/2015

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-00630 | Trustee Name: Frances Gecker |
| Case Name: BORO NEDINIC | Bank Name: Associated Bank |
| NEVENKA NEDINIC | Account Number/CD#: XXXXXX1889 |
| | Checking |
| Taxpayer ID No: XX-XXX0280 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/24/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx7424 | Transfer of Funds | 9999-000 | $16,912.91 | | $16,912.91 |
| 04/11/16 | 5001 | Frances Gecker 325 N. LaSalle Street Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,500.00 | $14,412.91 |
| 04/11/16 | 5002 | CLERK OF THE U. S. BANKRUPTCY COURT CLERK OF THE U.S. BANKRUPTCY COURT 219 S. DEARBORN STREET, 7TH FL. CHICAGO, ILLINOIS 60604 | Deferred filing fee for adversary case no. 12-01853 | 2700-000 | | $293.00 | $14,119.91 |
| 04/11/16 | 5003 | CLERK OF THE U. S. BANKRUPTCY COURT CLERK OF THE U.S. BANKRUPTCY COURT 219 S. DEARBORN STREET, 7TH FL. CHICAGO, ILLINOIS 60604 | Deferred filing fee for adversary case no. 13-00079 | 2700-000 | | $293.00 | $13,826.91 |
| 04/11/16 | 5004 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL 60654 | Distribution | | | $10,159.44 | $3,667.47 |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order.           ($10,062.50) | 3110-000 | | | |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order.           ($96.94) | 3120-000 | | | |
| 04/11/16 | 5005 | JAN BIELAK C/O RONALD A. STEARNEY, JR. 211 W. WACKER DRIVE, SUITE 1250 CHICAGO, IL 60606 | Final distribution to claim 1 representing a payment of 40.38 % per court order. | 5300-000 | | $3,667.47 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $16,912.91 | $16,912.91 |
| Less: Bank Transfers/CD's | $16,912.91 | $0.00 |
| Subtotal | $0.00 | $16,912.91 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $16,912.91 | $16,912.91 |

$0.00          $16,912.91

Exhibit 9

Page Subtotals:                                    $0.00          $0.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 12-00630 | | | | Trustee Name: Frances Gecker | | Exhibit 9 |
| Case Name: BORO NEDINIC | | | | Bank Name: The Bank of New York Mellon | | |
| NEVENKA NEDINIC | | | | Account Number/CD#: XXXXXX7424 | | |
| | | | | Checking Account (Non-Interest Earn | | |
| Taxpayer ID No: XX-XXX0280 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 05/24/2016 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/26/13 | 17 | REGIONS BANK CASHIER CHECK | FRAUDULENT TRANSFER | 1241-000 | $17,500.00 | | $17,500.00 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $17,490.00 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $26.00 | $17,464.00 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.13 | $17,438.87 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.93 | $17,412.94 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.05 | $17,387.89 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.85 | $17,362.04 |
| 02/03/14 | 10000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $25.02 | $17,337.02 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.81 | $17,311.21 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $23.26 | $17,287.95 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.70 | $17,262.25 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $24.84 | $17,237.41 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.63 | $17,211.78 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $24.76 | $17,187.02 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.55 | $17,161.47 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.51 | $17,135.96 |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $24.66 | $17,111.30 |

| | | | Page Subtotals: | | $17,500.00 | $388.70 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 12-00630 | Trustee Name: Frances Gecker |
| Case Name: BORO NEDINIC | Bank Name: The Bank of New York Mellon |
| NEVENKA NEDINIC | Account Number/CD#: XXXXXX7424 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0280 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/24/2016 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.44 | $17,085.86 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.58 | $17,061.28 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.36 | $17,035.92 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.33 | $17,010.59 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.84 | $16,987.75 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.25 | $16,962.50 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.41 | $16,938.09 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.18 | $16,912.91 |
| 07/08/15 | | Transfer to Acct # xxxxxx1889 | Transfer of Funds | 9999-000 | | $16,912.91 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $17,500.00 | $17,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $16,912.91 |
| Subtotal | $17,500.00 | $587.09 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $17,500.00 | $587.09 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $17,111.30 |

UST Form 101-7-TDR (10/1/2010) *(Page: 35)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1889 - Checking | $0.00 | $16,912.91 | $0.00 |
| XXXXXX7424 - Checking Account (Non-Interest Earn | $17,500.00 | $587.09 | $0.00 |
| | $17,500.00 | $17,500.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $17,500.00 | |
| Total Gross Receipts: | $17,500.00 | |

Page Subtotals:                    $0.00            $0.00